# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN BASKERVILLE** | : | **CIVIL ACTION** |
| *individually and on their own behalf and on* | : | |
| *behalf of a class of similarly situated persons*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LM GENERAL INSURANCE COMPANY** | : | |
| *individually d/b/a* **LIBERTY MUTUAL** | : | **NO. 22-cv-04254** |

## O R D E R

**AND NOW,** this 9th day of February 2024, upon consideration of the Joint Status Report (ECF No. 22), regarding the Pennsylvania Supreme Court's final decision in the matter of *Rush v. Erie Insurance*, and the Pennsylvania Supreme Court having handed down its final decision on January 29, 2024, it is hereby **ORDERED** that the above-captioned matter is dismissed pursuant to Federal Rules of Civil Procedure 41(a)(2) with prejudice and without costs.

The Clerk of Court is directed to remove from suspense and close the above-captioned case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

# EXHIBIT A